[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-12407
Non-Argument Calendar

_____

D.C. Docket No. 6:18-cr-00166-PGB-LRH-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CATRELL IVORY,
a.k.a. Woosa,
a.k.a. Woo,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(April 16, 2020)

Before ED CARNES, Chief Judge, BRANCH and FAY, Circuit Judges.

PER CURIAM:

Thomas H. Dale, appointed counsel for Catrell Ivory in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Ivory has filed a responsive brief.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ivory's convictions and sentences are **AFFIRMED**.